Damon C Derrick

From: Louie Gohmert
Sent: Tuesday, October 26, 2010 6:04 PM
To: Bob Garrett
Subject: SFA - tonight

Bob,
Apparently CNN Amerson Cooper is doing a story and having the art guy on the show tonight to beat up on me. As you, Baker, and the Board surely know, I did not ask for that guy to be fired, frankly would have preferred he hadn't been for this very reason_ I would be blamed even though yall said he was a problem and there were other issues. I copied Baker with my letter so he would know why we weren't coming for the Contest and imagined that it would be put in the guys file so you would know have documented the kind of reactionary you have working there in case there were future judgment problems.

You asked me after SFA fired him why I did not call you personally when this happened and I just shrugged it off. The truth is, I did not call you because I did not want this very kind of thing happening. So I copied the letter but did not call anyone. Obviously from what I have seen since you guys let him go, he lies incessantly and is extremely manipulative. I can only imagine the other "issues" and "problems" SFA must have had with this guy.

But doing what I didn't ask for in dismissing that the manipulative liar and then continually refusing to make ANY statement about what was done is hanging me out to dry for something I did not do. I was told there were many reasons to fire him. If not, and canceling his agreement to host the Art Contest is the only stupid thing he has ever done there (even though now he is blatantly lying about it), then I would say give him his job back. But if as I have been told he was a problem and there were lots of issues in the past, then it would seem that someone could at least say that including that i NEVER asked for him to be fired. Now, I am the scapegoat nationally for SFA's decision. This is not really fair nor good. I do appreciate your ongoing concern for fairness and truth and know you will encourage doing whatever you believe is appropriate. Thanks, Bob.
Louie



PLAINTIFF'S
EXHIBIT
1B
2:11 cv447

1

SFA000050